UNITED STATES of America, v. William G. BABER.

No. 5870.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

Sawyer A. Smith, U. S. Atty., of Covington, Ky., for appellant.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellant.

UNITED STATES of America, Appellee, v. Edward MANG, Appellant.

No. 382.

Circuit Court of Appeals, Second Circuit.

April 20, 1931.

William B. Mahoney, of Buffalo, N. Y., for appellant.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Justin C. Morgan, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for the United States.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America v. Coley ROWE.

No. 5871.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

Sawyer A. Smith, U. S. Atty., of Covington, Ky., for appellant.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellant.

UNITED STATES of America v. Sabina SCHATZINGER.

No. 5699.

Circuit Court of Appeals, Sixth Circuit.

June 11, 1930.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellant.

UNITED STATES of America ex rel. HOM LEE HONG, Next Friend of Hom Sang, Appellant, v. CHINESE INSPECTOR IN CHARGE AT THE PORT OF NEW YORK, etc., Appellee.

No. 384.

Circuit Court of Appeals, Second Circuit.

April 20, 1931.

James C. Thomas, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.